**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

PRESSLEY B. ALSTON,

Plaintiff,

v. CASE NO. 4:13cv453-RH/CAS

STATE OF FLORIDA DEATH ROW DENTIST OFFICE, DR. LOAN LE, and W. BENNETT,

Defendants.

_____________________________/

**ORDER OF DISMISSAL**

This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 7, and the objections, ECF No. 10. I have reviewed *de novo* the issues raised by the objections.

The report and recommendation concludes that the complaint should be dismissed. That is correct.

The plaintiff Pressley B. Alston asked for a dental check-up. The waiting time for a check-up was five or six months. When the time came, Mr. Alston received an examination. Mr. Alston does not assert that the examination was

deficient in any respect. His complaint, instead, is that the examination showed he had a cavity, which was promptly and appropriately treated. He asserts the delay caused the cavity.

Delaying a routine dental examination for five or six months, in the absence of an indication of an urgent and serious problem—and indeed, in the absence of an indication of any problem at all—is not a constitutional violation. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on November 3, 2013.

s/Robert L. Hinkle
United States District Judge